# United States District Court

### WESTERN DISTRICT OF WASHINGTON

LESLIE A. POUNDS

       v.

KELLY KING, et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C06-314BHS

\_\_\_    **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

XX    **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

   IT IS ORDERED AND ADJUDGED

     That the Court **ADOPTS** the Report and Recommendation (Dkt. 56).  It is further **ORDERED** that Plaintiff's motion to strike (Dkt. 60) is **DENIED**, Defendant's motion for summary judgment (Dkt. 50) is **GRANTED**, Plaintiff's Eighth and Fourteenth Amendment claims are **DISMISSED with prejudice**, and Plaintiff's negligence and malpractice claims are **DISMISSED without prejudice**.

   April 2, 2008
Date

        BRUCE RIFKIN
Clerk

     *S/CM Gonzalez*
Deputy Clerk